IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACKIE DALE REAGAN and
KATHY REGAN,

    Plaintiffs,

vs.                                                   CASE NO. 5:09-cv-91/RS-MD

TITLEMAX OF ALABAMA, INC.,
et al,

    Defendants.
_____/

## ORDER

Defendant Advantage Asset's motion for summary judgment (Doc. 95) is **denied.** There remain genuine issues of material fact to be determined by the jury in Plaintiffs' claims against Advantage Asset. *See Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 90 S.Ct. 1598 (1970).

**ORDERED** on April 9, 2010.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**