IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACKIE DALE REAGAN and
KATHY REAGAN,

    Plaintiffs,

vs.        CASE NO. 5:09cv91/RS-MD

TITLEMAX OF ALABAMA, INC. d/b/a
TITLEMAX OF DOTHAN #1; ADVANTAGE
ASSET RECOVERY, INC.; TYLER HARRIS;
TERRY WHITE; DANIEL INGRAM; DAVID
TATUM, in his official capacity as Sheriff
of Calhoun County, Florida; MARK
MALLORY; and JAMES BAGGETT,
in his official capacity as Chief of Police
of Altha, Florida,

    Defendants.
_____/

## ORDER

Before me is the Unopposed Motion To Stay Proceedings Pending Appeal filed by Defendants Mallory and Tatum (Doc. 135).

**IT IS ORDERED** that this case is stayed until further Order.

**ORDERED** on April 23, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**